## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

### Southern Division

| | |
|---|---|
| ENAT NEGUSSIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No: 1:12-cv-00091 |
| v. ) | |
| ) | |
| KINDRED HOSPITALS LIMITED ) | |
| PARTNERSHIP, D/B/A KINDRED ) | |
| HOSPITAL-CHATTANOOGA, and ) | JURY DEMAND |
| ) | |
| KINDRED HEALTHCARE SERVICES, INC., ) | |
| D/B/A KINDRED HOSPTITAL- ) | Collier/Lee |
| CHATTANOOGA ) | |
| ) | |
| Defendants. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned being counsel for all parties, it is hereby stipulated that the above-captioned case is DISMISSED WITH PREJUDICE. The parties shall bear their own fees and costs.

Respectfully submitted this 10th day of December, 2012.

| | |
|---|---|
| s/James M. Johnson | s/N. Victoria Holiday |
| James M. Johnson, Esq. (#26147) | N. Victoria Holladay (#18487) |
| 620 Lindsay Street, Suite 210 | Kathryn D. Parham (#29332) |
| Chattanooga, TN 37403 | FORD & HARRISON LLP |
| (423) 648-4093 - *Phone* | 795 Ridge Lake Blvd., Suite 300 |
| jj@jamesmjohnsonatty.com | Memphis, TN 38120 |
| | |
| Counsel for Plaintiff | Counsel for Defendants |